# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1326**

**KA 12-01721**

PRESENT: SMITH, J.P., FAHEY, CARNI, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                          ORDER

JOHN S., DEFENDANT-APPELLANT.

---

JAMES S. KERNAN, PUBLIC DEFENDER, LYONS (RICHARD W. YOUNGMAN OF COUNSEL), FOR DEFENDANT-APPELLANT.

JOHN S., DEFENDANT-APPELLANT PRO SE.

RICHARD M. HEALY, DISTRICT ATTORNEY, LYONS (JACQUELINE MCCORMICK OF COUNSEL), FOR RESPONDENT.

-----------------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered June 7, 2011. The appeal was held by this Court by order entered December 27, 2013, decision was reserved and the matter was remitted to Wayne County Court for further proceedings. The proceedings were held and completed and defendant was adjudicated a youthful offender.

It is hereby ORDERED that the adjudication so appealed from is unanimously affirmed.

Entered: January 2, 2015                         Frances E. Cafarell
                                                 Clerk of the Court